IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JOHN DOE AND JANE DOE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>MARRIOTT INTERNATIONAL, INC. ET AL. ,<br><br>　　　　Defendants. | Civil No. 17-02287 (DRD) |

## JUDGMENT

Pursuant to *Plaintiffs' Notice of Voluntary Dismissal Without Prejudice* (Docket No. 35), the Court hereby **DISMISSES** all claims made in this lawsuit against Defendants MARIOTT INTERNATIONAL, INC., STARWOOD HOTELS & RESORTS WORLDWIDE, LLC, STARWOOD HOTELS & RESORTS MANAGEMENT COMPANY, LLC, INTERLINK GROUP, MUÑOZ HOLDINGS, INC. and PAULSON & CO. **WITHOUT PREJUDICE** in compliance with Fed.R.Civ.P. 41(a)(1)(A)(i).

**THIS CASE IS NOW CLOSED FOR ALL ADMINISTRATIVE AND STATISTICAL PURPOSES.**

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

In San Juan, Puerto Rico, this 2nd day of February 2018.

　　　　　　　　　　　　　　　　　　　　　　　　　　S/ DANIEL R. DOMÍNGUEZ

　　　　　　　　　　　　　　　　　　　　　　　　　　　DANIEL R. DOMÍNGUEZ
　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge