IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **Doe et al.**,<br><br>Plaintiffs,<br><br>v.<br><br>**Marriott International, Inc. et al.**,<br><br>Defendants. | Civil No. 17-2287(DRD) |

**JUDGMENT**

Pursuant to the Court's *Opinion and Order* (Docket No. 107) granting Defendants' *Motions to dismiss* (Docket Nos. 65 & 66), the Court hereby enters a final judgment **DISMISSING PLAINTIFF'S FEDERAL CLAIMS WITH PREJUDICE.**

**THIS CASE IS NOW CLOSED FOR ALL ADMINISTRATIVE AND STATISTICAL PURPOSES.**

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

In San Juan, Puerto Rico this 12th day of April, 2019.

*/s/ Daniel R. Dominguez*
Senior U.S. District Judge